IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID L HULTS,

    Plaintiff,

v.                                                     CASE NO. 4:10-cv-00563-MP -WCS

HIGHTOWER, MADISON COUNTY JAIL OFFICIAL ,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, which recommends that plaintiff's complaint, Doc. 1, be dismissed without prejudice for failure to comply with a court order and failure to prosecute. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 10, is ADOPTED and incorporated herein.

2.    Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice.

    **DONE AND ORDERED** this   *23rd* day of May, 2011

                                          *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge